THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Vaughn Smith, Appellant,
v.
South Carolina Department
 of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal From The Administrative Law Court
 John D. McLeod, Administrative Law Court
 Judge

Unpublished Opinion No. 2011-UP-516
Heard November 2, 2011  Filed November
 29, 2011   

VACATED AND REMANDED

 
 
 
Tommy A. Thomas, of Irmo, for Appellant.
Teresa A. Knox, J. Benjamin Aplin, and
 Tommy Evans, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM: Vaughn Smith appeals the administrative law
 court's order remanding his administrative appeal to the parole board for
 additional proceedings.  We vacate pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: S.C. Code Ann. § 1-23-600(D) (Supp. 2010) (providing the
 administrative law court "shall not hear . . . an appeal involving the
 denial of parole to a potentially eligible inmate by the Department of
 Probation, Parole and Pardon Services"); Compton v. S.C. Dep't of
 Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 177
 (2009) (per curiam) (holding a parole board order denying parole and stating the
 board considered all statutory and Department criteria is sufficient to avoid
 deeming an inmate effectively ineligible for parole).  We vacate the administrative
 law court's order and remand with instructions to dismiss the appeal pursuant
 to section 1-23-600(D).  
VACATED AND REMANDED.
FEW, C.J., and THOMAS and KONDUROS, JJ.,
 concur.